**SCOTT E. WARNICK, OSB #054954**
scottwarnick@dwt.com
**ALAN J. GALLOWAY, OSB #083290**
alangalloway@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

**YORK M. FAULKNER,** Admitted *Pro Hac Vice*
york.faulkner@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP**
Two Freedom Square / 11955 Freedom Drive
Reston, VA 20190-5675
Telephone:  (571) 203-2775
Facsimile:  (202) 408-4400

      Attorneys for Plaintiff and Plaintiff/Counterclaim Defendant
      AFD China Intellectual Property Law ("USA") Office, Inc. and
      Third Party Counterclaim Defendant Lynn Wang

**CHRISTOPHER E. HAWK**, OSB #061635
chawk@gordonrees.com
**GORDON & REES LLP**
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204
Phone: (503) 222-1075

**GLENN WESTREICH,** Admitted *Pro Hac Vice*
Glenn.westriech@haynesboone.com
**JENNIFER LANTZ**, Admitted *Pro Hac Vice*
Jennifer.lantz@haynesboone.com
**INCHAN KWON**, Admitted *Pro Hac Vice*
Inchan.kwon@haynesboone.com
**HAYNES AND BOONE LLP**
2300 Gateway Place, Suite 400
San Jose, CA 95110
Phone: (408) 660-4120
Facsimile: (408) 660-4121

      Attorneys for Defendants/Counterclaim Plaintiffs
      AFD China Intellectual Property Law Office and
      AFD China Intellectual Property LLC

JOINT MOTION TO EXTEND DISCOVERY PERIOD — 1
DWT 16615192v1 0090816-000001

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC.** an Oregon corporation,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br>　　v.<br><br>**AFD CHINA INTELLECTUAL PROPERTY LLC,** a Maryland limited liability company; and **AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE,** a Chinese corporation,<br><br>　　　　Defendants/Counterclaim Plaintiffs<br>　　v.<br><br>**LEI WANG, aka LYNN WANG,**<br><br>　　　　Third Party Counterclaim Defendant. | Case No. CV09-1509 BR<br><br>**JOINT MOTION TO EXTEND DISCOVERY PERIOD** |

### L.R. 7.1(1) Certification

Pursuant to L.R. 7.1(1), the parties have conferred regarding the subject of this motion and join in this request for an extension.

### MOTION

The parties hereby move for an order extending the fact discovery period by four months as set forth in the separately filed supporting memorandum.

DATED this 24th day of February, 2011.

　　　　　　　　　　　　　　　　　**DAVIS WRIGHT TREMAINE LLP**

　　　　　　　　　　　　　　　　　By   /Scott E. Warnick/
　　　　　　　　　　　　　　　　　Scott E. Warnick, OSB #054954
　　　　　　　　　　　　　　　　　scottwarnick@dwt.com
　　　　　　　　　　　　　　　　　Alan J. Galloway, OSB #083290
　　　　　　　　　　　　　　　　　mailto:alangalloway@dwt.com
　　　　　　　　　　　　　　　　　Tel: 503-241-2300

JOINT MOTION TO EXTEND DISCOVERY PERIOD — 2
DWT 16615192v1 0090816-000001

York M. Faulkner, Admitted *Pro Hac Vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
Two Freedom Square / 11955 Freedom Drive
Reston, VA 20190-5675
york.faulkner@finnegan.com
Tel: 571-203-2775

By   /Jennifer Lantz/

Christopher E. Hawk, OSB #061635
GORDON & REES LLP
chawk@gordonrees.com
Tel: 503-222-1075

Glenn Westreich, Admitted *Pro Hac Vice*
glenn.westriech@haynesboone.com
Jennifer Lantz, Admitted *Pro Hac Vice*
jennifer.lantz@haynesboone.com
Inchan Kwon, Admitted *Pro Hac Vice*
inchan.kwon@haynesboone.com
HAYNES AND BOONE LLP
2300 Gateway Place, Suite 400
San Jose, CA 95110
Tel: 408-660-4120

JOINT MOTION TO EXTEND DISCOVERY PERIOD — 3
DWT 16615192v1 0090816-000001

DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Ave, Suite 2300
Portland, OR 97201 · (503) 241-2300