Steven T. Lovett, OSB No. 910701
stlovett@stoel.com
Steven E. Klein, OSB No. 051165
seklein@stoel.com
**STOEL RIVES** LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for AFD Intellectual Property Law
(USA) Office Inc. and Lynn Wang

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC., an Oregon corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AFD CHINA INTELLECTUAL PROPERTY LLC, a Maryland limited liability company, and **AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE**, a Chinese corporation,<br><br>　　　　　　Defendants. | Case No.: CV09-1509-BR<br><br>STIPULATION RE PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIM 8 OF THE FIRST AMENDED COMPLAINT WITHOUT PREJUDICE |

Plaintiff AFD China Intellectual Property (USA) Law Office, Inc.USA) and defendant

AFD China Intellectual Property Law Office, by and through their undersigned counsel, hereby

stipulate as follows:

1.  Claim 8 (Conversion) of AFD USA's First Amended Complaint is voluntarily dismissed without prejudice and without costs or fees to either party.

STIPULATED AND AGREED TO:

Dated: February 14, 2012

_____
Steven T. Lovett, OSB #910701
Steven E. Klein, OSB #051165
STOEL RIVES, LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380

Attorneys for AFD China Intellectual Property Law (USA) Office, Inc. and Lynn Wang

Dated: February 14, 2012

_____
Christopher E. Hawk, OSB #061635
Gordon & Rees LLP
121 SW Morrison Street,
Suite 1575
Portland, OR 97204

Aimee M. Furness *(Pro Hac Vice)*
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Tel: (214) 651-5024

Attorneys for AFD China Intellectual Property Law Office

IT IS SO ORDERED:
Dated: Feb. 15, 2012

_____
UNITED STATES DISTRICT JUDGE