Christopher E. Hawk, OSB #061635
Gordon & Rees LLP
121 SW Morrison Street,
Suite 1575
Portland, OR 97204
Tel: (503) 222-1075
Fax: (503) 616-3600
Email: chawk@gordonrees.com

Glenn Westreich *(Pro Hac Vice)*
Aimee Furness *(Pro Hac Vice)*
Haynes and Boone, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Phone: (408) 660-4151
Email: glenn.westreich@haynesboone.com
       aimee.furness@haynesboone.com

Attorneys for AFD China Intellectual Property
Law Office

Jack Russo, OSB #991992
401 Florence Street
Palo Alto, CA 94301

Attorney for Plaintiff AFD China Intellectual
Property Law (USA) Office, Inc. and Third
Party Counterclaim Defendant Lynn Wang

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC.**, an Oregon corporation,<br><br>　　　　Plaintiff,<br><br>　　-vs-<br><br>**AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE**, a Chinese Corporation,<br><br>　　　　Defendant.<br><br>**AFD CHINA INTELLECTUAL PROPERTY LLC**, a Maryland limited liability company,<br><br>　　　　Counterclaim Plaintiff<br><br>　　-vs-<br><br>**LEI WANG, a/k/a LYNN WANG,**<br><br>　　　　Third Party Counterclaim Defendant. | Case No.: 3:09-CV-1509-BR<br><br>**PROPOSED STIPULATED ORDER REGARDING SCHEDULE OF EXPERT DISCLOSURES** |

AFD China Intellectual Property Law Office ("AFD China"), AFD China Intellectual Property Law (USA) Office, Inc. ("AFD USA"), AFD China Intellectual Property LLC ("AFD LLC"), and Lei Wang, a/k/a Lynn Wang (collectively, the "Parties") jointly submit this Proposed Stipulated Order Regarding Schedule of Expert Disclosures.

The Parties propose the following deadlines for their remaining expert discovery:

| | |
|---|---|
| June 15, 2013: | Deadline for AFD USA to file the Third Supplemental Expert Witness Report of Darrell D. Dorrell. |
| August 1, 2013: | Deadline for AFD China to file the First Supplemental Expert Rebuttal Report of John L. Hansen. |
| August 30, 2013: | Deadline to complete depositions of Darrell D. Dorrell and John L. Hansen. |

Dated: January 31, 2013

s/ Aimee Furness
Christopher E. Hawk, OSB #061635
Gordon & Rees LLP
121 SW Morrison Street, Suite 1575
Portland, Oregon 97204

Glenn Westreich *(Pro Hac Vice)*
Aimee Furness *(Pro Hac Vice)*
Haynes and Boone, LLP
2033 Gateway Place, Suite 300
San Jose, California 95110

ATTORNEYS FOR AFD CHINA
INTELLECTUAL PROPERTY LAW OFFICE
AND AFD CHINA INTELLECTUAL PROPERTY
LLC


s/ Jack Russo
Jack Russo, OSB #991992
401 Florence Street
Palo Alto, CA 94301

ATTORNEY FOR PLAINTIFF AFD CHINA
INTELLECTUAL PROPERTY LAW (USA)
OFFICE, INC. AND THIRD PARTY
COUNTERCLAIM DEFENDANT LYNN WANG


IT IS SO ORDERED:

Dated: Feb. 1, 2013

_____
UNITED STATES DISTRICT JUDGE