Christopher E. Hawk, OSB #061635
Gordon & Rees LLP
121 SW Morrison Street,
Suite 1575
Portland, OR  97204
Tel: (503) 222-1075
Fax: (503) 616-3600
Email: chawk@gordonrees.com

Glenn Westreich *(Pro Hac Vice)*
Aimee Furness *(Pro Hac Vice)*
Haynes and Boone, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Phone: (408) 660-4151
Email: glenn.westreich@haynesboone.com
        aimee.furness@haynesboone.com

Attorneys for AFD China Intellectual Property
Law Office and AFD China Intellectual
Property LLC

Jack Russo, OSB #991992
Ansel Halliburton *(Pro Hac Vice)*
ComputerLaw Group LLP
401 Florence Street
Palo Alto, CA 94301
Email:  jrusso@computerlaw.com
        ahalliburton@coumputerlaw.com

Attorneys for Plaintiff AFD China Intellectual
Property Law (USA) Office, Inc. and Third
Party Counterclaim Defendant Lynn Wang

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC.,** an Oregon corporation,<br><br>        Plaintiff,<br><br>        -vs-<br><br>**AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE,** a Chinese Corporation,<br><br>        Defendant.<br><br>**AFD CHINA INTELLECTUAL PROPERTY LLC,** a Maryland limited liability company,<br><br>        Counterclaim Plaintiff<br><br>        -vs-<br><br>**LEI WANG, a/k/a LYNN WANG,**<br><br>        Third Party Counterclaim Defendant. | Case No.: 3:09-CV-1509-BR<br><br><br><br>**UPDATED JOINT ADR REPORT** |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted by AFD China Intellectual Property Law Office ("AFD China"), AFD China Intellectual Property LLC ("AFD LLC"), AFD China Intellectual Property Law (USA) Office, Inc., ("AFD USA") and Lei Wang, a/k/a Lynn Wang (collectively, the "Parties") in compliance with LR 16-4(d) and the Court's January 15, 2013 Order.

1.      Counsel for the Parties have held settlement discussions with their respective clients and the opposing parties. On November 21, 2011, the parties attended a full-day mediation in San Jose, California with the Honorable James L. Warren of JAMS. The scope of this mediation included the issues at dispute in this case as well as the issues in dispute in the case styled *AFD China Intellectual Property Law Office v. Lynn Wang, et al.*, Case No. 109 CV 150428, in the Superior Court of the State of California, in and for the County of Santa Clara (the "California Suit.") The Parties also attended a mandatory settlement conference in the California Suit before the Honorable Peter Kirwan. While neither of these mediations resulted in the full resolution of the Parties' disputes, they did lay the foundation for the Parties to reach multiple agreements before beginning trial in the California Suit to (1) resolve all claims in the California Suit, (2) dismiss all of AFD USA's claims against AFD LLC in this case with prejudice, and (3) dismiss AFD USA's claim of Conversion against AFD China in this case without prejudice.

2.      In this case, AFD USA filed a motion to compel arbitration (Dkt. 84), which AFD China opposed, and which the Court denied (Dkt. 139).

3.      Given the above, the parties do not believe that any additional form of ADR will assist in the resolution of this case.

Dated:  March 22, 2013

*/s/ Aimee M. Furness*
Christopher E. Hawk, OSB #061635
Gordon & Rees LLP
121 SW Morrison Street, Suite 1575
Portland, Oregon 97204

Glenn Westreich *(Pro Hac Vice)*
Aimee Furness *(Pro Hac Vice)*
Haynes and Boone, LLP
2033 Gateway Place, Suite 300
San Jose, California 95110

ATTORNEYS FOR AFD CHINA
INTELLECTUAL PROPERTY LAW OFFICE


*/s/ Ansel Halliburton*
Jack Russo, OSB #991992
Ansel Halliburton *(Pro Hac Vice)*
ComputerLaw Group LLP
401 Florence Street
Palo Alto, CA 94301

ATTORNEYS FOR PLAINTIFF AFD CHINA
INTELLECTUAL PROPERTY LAW (USA)
OFFICE, INC. AND THIRD PARTY
COUNTERCLAIM DEFENDANT LYNN WANG

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Updated Joint ADR Report has been served on all counsel of record, as indicated below, on this 22nd day of March, 2013.

Jack Russo                          *Via Email*
ComputerLaw Group LLP
401 Florence Street
Palo Alto, California 94301


*/s/ Aimee M. Furness*
Aimee M. Furness