Jack Russo (Oregon Bar No. 991992)
Ansel Halliburton (*Pro Hac Vice*)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 327-3737 fax
jrusso@computerlaw.com
ahalliburton@computerlaw.com

Attorneys for Plaintiff AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC. and Third Party Counterclaim Defendant LYNN WANG

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC., an Oregon corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE, a Chinese corporation,<br><br>Defendants/Counterclaim Plaintiff.<br><br>---<br><br>AFD CHINA INTELLECTUAL PROPERTY LLC, a Maryland limited liability company,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>LEI WANG, a.k.a. LYNN WANG,<br><br>Third Party Counterclaim Defendant. | Case No. 3:09-CV-1509-BR<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE NEW SUMMARY JUDGMENT CROSS-MOTIONS BASED ON RECENT NINTH CIRCUIT CASE LAW** |

# ORDER

Good cause appearing, the Court GRANTS leave to file [cross] motions for summary judgment addressing the recent Ninth Circuit cases *Seven Arts Filmed Entm't, Ltd. v. Content Media Corp. PLC*, 2013 U.S. App. LEXIS 22517; 2013 WL 5928356 (9th Cir. Aug. 29, 2013) and *Hana Financial, Inc. v. Hana Bank*, 2013 U.S. App. LEXIS 23507, 2013 WL 6124588, No. 11-56678 (9th Cir. Nov. 22, 2013).

The parties shall adhere to the following briefing schedule:

1. Motions [and cross-motions] (maximum 5 pages each) to be filed by _____.
2. Oppositions (maximum 5 pages each) to be filed by _____.
3. No replies.
4. If necessary, the Court will set oral argument after reviewing the parties' submissions, and otherwise will take the motions under submission.

It is SO ORDERED.

Dated: _____   _____

                                                                                          United States District Court Judge