Christopher E. Hawk, OSB #061635
Gordon & Rees LLP
121 SW Morrison Street, Suite 1575
Portland, OR  97204
Tel: (503) 222-1075
Fax: (503) 616-3600
Email: chawk@gordonrees.com

Glenn Westreich *(Pro Hac Vice)*
Aimee Furness *(Pro Hac Vice)*
Haynes and Boone, LLP
2033 Gateway Place, Suite 300
San Jose, CA  95110
Tel: (408) 660-4151
Email: glenn.westreich@haynesboone.com
       aimee.furness@haynesboone.com

Attorneys for AFD China Intellectual Property Law Office
and AFD China Intellectual Property LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC.,** an Oregon corporation,<br><br>　　　　Plaintiff,<br><br>　-vs-<br><br>**AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE,** a Chinese Corporation,<br><br>　　　　Defendant,<br><br>**AFD CHINA INTELLECTUAL PROPERTY LLC**, a Maryland limited liability company,<br><br>　　　　Counterclaim Plaintiff,<br><br>　-vs-<br><br>**LEI WANG, a/k/a LYNN WANG**,<br><br>　　　　Third Party Counterclaim Defendant. | Case No.: 3:09-CV-1509-BR<br><br>**AFD CHINA'S AND AFD LLC'S MOTION FOR REIMBURSEMENT OF EXPERT WITNESS COSTS**<br><br>**Request for Oral Argument** |

AFD China Intellectual Property Law Office ("AFD China") and AFD China Intellectual Property LLC ("AFD LLC") hereby request that the Court order AFD USA to reimburse AFD China for the costs it incurred responding to the Expert Report of Serena Morones.  Despite AFD USA's numerous assertions to this Court that Ms. Morones' report would be "substantially similar" to the opinions previously asserted by Darrell Dorrell before his withdrawal as AFD USA's expert, Ms. Morones submitted an entirely new damage model.  AFD China's and AFD LLC's expert was forced to abandon a significant portion of his previous work on this matter and respond to Ms. Morones' new model.  AFD USA's substitution of a new expert, new damage model, and new conclusions substantially prejudiced AFD China and AFD LLC.  AFD China and AFD LLC incurred substantially more costs than they would have had Ms. Morones adopted Mr. Dorrell's prior work and produced a substantially similar report as AFD USA promised.  Therefore, the Court should order AFD USA to reimburse AFD China and AFD LLC for the $68,738.75 in expert costs it incurred.

Dated: December 20, 2013             */s/ Aimee M. Furness*

Christopher E. Hawk, OSB #061635
Gordon & Rees LLP
121 SW Morrison Street, Suite 1575
Portland, Oregon 97204

Glenn Westreich *(Pro Hac Vice)*
Aimee Furness *(Pro Hac Vice)*
Haynes and Boone, LLP
2033 Gateway Place, Suite 300
San Jose, California 95110

ATTORNEYS FOR AFD CHINA
INTELLECTUAL PROPERTY LAW OFFICE

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of AFD China's and AFD LLC's Motion for Reimbursement of Expert Witness Costs has been served on all counsel of record, as indicated below, on this 20th day of December, 2013.

| | |
|---|---|
| Jack Russo<br>Ansel Halliburton<br>Computerlaw Group LLP<br>401 Florence Street<br>Palo Alto, California 94301 | *Via Email* |

/s/ Aimee M. Furness
Aimee M. Furness