JACK RUSSO (State Bar No. 991992)
ENTREPRENEUR LAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863
E-mail: jrusso@computerlaw.com

Attorney for Plaintiff AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC. and Third Party Counterclaim Defendant LYNN WANG

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE, a Chinese Corporation,<br><br>Defendant, | Case No.: 3:09-CV-1509-BR<br><br>**PLAINTIFF'S NOTICE OF ADDRESS CHANGE FOR COUNSEL FOR PLAINTIFF AFD USA AND THIRD PARTY COUNTERCLAIM DEFENDANT LYNN WANG** |
| AFD CHINA INTELLECTUAL PROPERTY LLC, a Maryland limited liability company,<br><br>Counterclaim Plaintiff<br><br>v.<br><br>LEI WANG, a/k/a LYNN WANG,<br><br>Third Party Counterclaim Defendant. | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Local Rule 83-10 of this Court, PLEASE TAKE NOTICE THAT the firm information for Giacomo A. Russo (OR Bar No. 991992) and Ansel J. Halliburton. (*Pro Hac Vice*), counsel for Plaintiff AFD China Intellectual Property Law (USA) Office, Inc. and Third Party Counterclaim Defendant Lynn Wang, has recently changed.

OLD FIRM: COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301

NEW FIRM: ENTREPRENEUR LAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301

The address, telephone number, fax number, and e-mail addresses for Messrs. Russo and Halliburton remains unchanged.

Dated: March 12, 2014       By: _____
                                 Jack Russo (OR Bar No. 991992)

                                 Attorney for Plaintiff
                                 Plaintiff AFD CHINA INTELLECTUAL
                                 PROPERTY LAW (USA) OFFICE, INC. and
                                 Third Party Counterclaim Defendant LYNN
                                 WANG