Jack Russo (State Bar No. 991992)
Ansel Halliburton (*Pro Hac Vice*)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863
E-mail: jrusso@computerlaw.com

Attorneys for Plaintiff AFD CHINA
INTELLECTUAL PROPERTY LAW (USA)
OFFICE, INC. and Third Party Counterclaim
Defendant LYNN WANG

Christopher E. Hawk (State Bar No. 061635)
Gordon Rees LLP
121 SW Morrison Street
Suite 1575
Portland, OR 97204
Tel: (503) 222-1075
Fax: (503) 616-3600
Email: chawk@gordonrees.com

Glenn Westreich *(Pro Hac Vice)*
Aimee Furness *(Pro Hac Vice)*
Haynes and Boone, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Phone: (408) 660-4151
Email: glenn.westreich@haynesboone.com
aimee.furness@haynesboone.com

Attorneys for AFD China Intellectual
Property Law Office and AFD China
Intellectual Property LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC.,** an Oregon corporation,<br><br>      Plaintiff,<br>               v.<br><br>**AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE,** a Chinese Corporation,<br><br>      Defendant.<br><br>**AFD CHINA INTELLECTUAL PROPERTY LLC**, a Maryland limited liability company,<br><br>      Counterclaim Plaintiff<br>               v.<br>**LEI WANG, a/k/a LYNN WANG**,<br><br>      Third Party Counterclaim Defendant. | Case No. 3:09-CV-1509-BR<br><br>**AMENDED JOINT EXHIBIT LIST** |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 1 | 11/29/2005 | Cooperation Agreement (English) | | |
| 2 | 12/31/2004 | Cooperation Agreement (English w/Certificate of Translation) | | |
| 3 | 12/30/2004 | Cooperation Agreement (English) | | |
| 4 | | AFD Trademark Application | | |
| 5 | | AFD Trademark Prosecution History | | |
| 6 | | AFD Trademark Publication (excerpt from Official Gazette) | | |
| 7 | | AFD Trademark Registration | | |
| 8 | | AFD Trademark Notice of Publication | | |
| 9 | | AFD USA Website Capture | | |
| 10 | 11/29 - 11/30/2004 | Redacted Email re AFD Name | | |
| 11 | 2005-2013 | Collection of all AFD USA newsletters from website | AFD China objects to the inclusion of the newsletters because they are irrelevant.  (Fed. R. Evid. 401)  See AFD China's Motion in Limine # 16. | Among other issues, the newsletters are relevant evidence of AFD USA's intent to resume use of the mark. See AFD USA's Opposition to Motion in Limine #16 for details. |
| 12 | 12/9/2004 | Email from Lynn Wang to Xia Zheng re Practice Area | | |
| 13 | 12/10/2004 | Email from Lynn Wang to Xia Zheng FW: Ideas | | |
| 14 | 6/7/2010 | Email from Lynn to Xia re AFD Name | | |
| 15 | 1/12/2005 | Email from Lynn Wang to Info@efclip.com; info@anxinfonda.com; cc: xia zheng FW: Switch Firm | | |
| 16 | 12/28/2007 | Termination Letter from Xia Zheng to Lynn Wang | | |
| 17 | 12/15/2004 | Email from Lynn Wang to Xia Zheng RE: law | | |
| 18 | 9/23/2013 | TEAS filing receipt: Declaration of Use Under Section 8 for registration no. 3270951. | | |
| 19 | 12/3/2004 | Email from Lynn Wang to Xia Zheng Re: Response to trademark rejection | | |
| 20 | | AFD China brochure | | |
| 21 | | Lynn Wang AFD China - Partner Business Card | | |
| 22 | 12/14/2004 | Email from Xia Zheng to Lynn Wang Re: Offer Letter | | |
| 23 | 1/7/2005 | Email from Lynn Wang to Ramon Klitzke RE: Cost estimates | | |
| 24 | 11/21/2006 | Emails between Lynn Wang and Xia Zheng | | |
| 25 | 12/14/2004 | Email from Lynn Wang to Xia Zheng re Website | | |
| 26 | 12/9/2005 | Email from Lynn Wang to Xia Zheng RE: agreement | | |
| 27 | 12/20/2004 | Letter from Lynn Wang to Anna McCoy Re: Review for the rejection of International Trademark Registration No. 822640 | | |
| 28 | 12/7/2004 | Transfer Letter from Lynn Wang to Jessica Yeung | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 29 | 12/29/2007 | Email from Xia Zheng to Lynn Wang re: our letter and announcement on December 29, 2007 | | |
| 30 | 12/29/2007 | Email from Alan Heimlich to Lynn Wang RE: Redirected communications to Beijing | | |
| 31 | 1/7/2008 | Email from Lynn Wang to Ben Lee RE: signed request | | |
| 32 | 12/28/2007 | Email from Blake R. Wiggs to Lynn Wang FW: Important Notice - please send us all your correspondences directly to beijing | | |
| 33 | 12/31/2007 | Email from Brian Watwood to Lynn Wang re: From Lynn Wang | | |
| 34 | 12/30/2007 | Email from John Bostrom to Lynn Wang Fw: Important Notice -- please send us all your correspondneces directly to Beijing | | |
| 35 | 12/31/2007 | Email from Walt Froloff to Xia Zheng Re: From Lynn Wang | | |
| 36 | 12/11/2004 | Email from Lynn Wang to Tim Garner Re: Web Design | | |
| 37 | 12/11/2004 | Email from Lynn Wang to Tim Garner Re: Content for Professionals page | | |
| 38 | 12/11/2004 | Email from Lynn Wang to Tim Garner RE: 5 designs for your review | | |
| 39 | 12/13/2004 | Email from Lynn Wang to Tim Garner RE: more photos | | |
| 40 | 12/15/2004 | Email from Lynn Wang to Matt@leanmydesign.com re Our website and brochure | | |
| 41 | 12/8/2004 | Email from Lynn Wang to Xia Zheng re Attorneys | | |
| 42 | 12/10/2004 | Email from Lynn Wang to Matt Learny RE: ideas | | |
| 43 | 12/10/2004 | Email from Lynn Wang to Xia Zheng FW: ideas | | |
| 44 | 12/17/2004 | Email from Xia Zheng to Lynn Wang RE: Web is finally ready | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 45 | 7/7/2011 | AFD China's Objections and Responses to AFD USA's First Set of Requests for Admission | AFD China objects to the inclusion of the entirety of its discovery responses. There are requests and responses that are not relevant to the matter before this Court. (Fed. R. Evid. 401) AFD USA has not identified which discovery responses it intends to use. AFD China reserves the right to lodge further objections once those responses have been identified. | AFD USA does not intend to use the entirety of the responses. The responses are listed as a whole to assure their availability at trial as they become relevant in the course of witness testimony. |
| 46 | 4/2/2012 | AFD China's Objections and Responses to AFD USA's Second Set of Requests for Admission | AFD China objects to the inclusion of the entirety of its discovery responses. There are requests and responses that are not relevant to the matter before this Court. (Fed. R. Evid. 401) AFD USA has not identified which discovery responses it intends to use. AFD China reserves the right to lodge further objections once those responses have been identified. | AFD USA does not intend to use the entirety of the responses. The responses are listed as a whole to assure their availability at trial as they become relevant in the course of witness testimony. |
| 47 | | AFD China's Objections and Responses to AFD USA's Third Set of Requests for Admission | AFD China objects to the inclusion of the entirety of its discovery responses. There are requests and responses that are not relevant to the matter before this Court. (Fed. R. Evid. 401) AFD USA has not identified which discovery responses it intends to use. AFD China reserves the right to lodge further objections once those responses have been identified. | AFD USA does not intend to use the entirety of the responses. The responses are listed as a whole to assure their availability at trial as they become relevant in the course of witness testimony. |
| 48 | 12/10/2012 | AFD China's and AFD LLC's Objections and Response to AFD USA's and Ms. Wang's Fourth Request for Admissions (Nos. 149-165) | AFD China objects to the inclusion of the entirety of its discovery responses. There are requests and responses that are not relevant to the matter before this Court. (Fed. R. Evid. 401) AFD USA has not identified which discovery responses it intends to use. AFD China reserves the right to lodge further objections once those responses have been identified. | AFD USA does not intend to use the entirety of the responses. The responses are listed as a whole to assure their availability at trial as they become relevant in the course of witness testimony. |
| 49 | 4/5/2013 | AFD USA Business Entity Data report | | |
| 50 | 10/24/2000 | Qualification Certificate of Trademark Agents of the People's Republic of China | | |
| 51 | | Serena Morones CV | | |
| 52 | 7/19/2010 | Defendant's Response to Plaintiff's First Set of Interrogatories and Second Request for Production | AFD China objects to the inclusion of the entirety of its discovery responses. There are requests and responses that are not relevant to the matter before this Court. (Fed. R. Evid. 401) AFD USA has not identified which discovery responses it intends to use. AFD China reserves the right to lodge further objections once those responses have been identified. | AFD USA does not intend to use the entirety of the responses. The responses are listed as a whole to assure their availability at trial as they become relevant in the course of witness testimony. |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 53 | 7/7/2011 | Defendant and Counterclaimants AFD china Intellectual Property LLC and AFD China Intellectual Property Law Offices' Objections and Responses to Plaintiff's Second Set of Interrogatories (Nos. 12-25) and Third Set of Requests for Production of Documents (No. 131) | AFD China objects to the inclusion of the entirety of its discovery responses. There are requests and responses that are not relevant to the matter before this Court. (Fed. R. Evid. 401) AFD USA has not identified which discovery responses it intends to use. AFD China reserves the right to lodge further objections once those responses have been identified. | AFD USA does not intend to use the entirety of the responses. The responses are listed as a whole to assure their availability at trial as they become relevant in the course of witness testimony. |
| 54 | | Summary list of law firm clients | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. Further, this information is irrelevant to who owns the trademark. | Relevant to use of the mark, which is a prerequisite to trademark ownership. |
| 55 | | Summary list of corporate clients | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. Further, this information is irrelevant to who owns the trademark. | Relevant to use of the mark, which is a prerequisite to trademark ownership. |
| 56 | | Summary list of trips taken by Lynn Wang | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. | Relevant to use of the mark, which is a prerequisite to trademark ownership. |
| 57 | | Summary list of business lunches attended by Lynn Wang | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. | Relevant to use of the mark, which is a prerequisite to trademark ownership. |
| 58 | | Summary list of conferences attended by Lynn Wang | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. | Relevant to use of the mark, which is a prerequisite to trademark ownership. |
| 59 | | Summary list/timeline of correspondence regarding "AFD" trademark | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. | Relevant to creation, use, and ownership of the mark. |
| 60 | | Summary of advertising and promotional expenses | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. | Relevant to use of the mark, which is a prerequisite to trademark ownership. |
| 61 | | Summary of advertising materials | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. | Relevant to use of the mark, which is a prerequisite to trademark ownership. |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 62 | 9/26/2008 | Email from XZ to Lynn Wang; Subject: AFD与王蕾的结算清单-请以此为准 | AFD China objects to this document because it is not complete, the attachments are not included. AFD China further objects because this document is not relevant to the issues before the Court. | |
| 63 | 12/29/2007 | Letter from Xia Zheng to Lynn Wang (Chinese) | | |
| 64 | 12/29/2007 | Letter from Xia Zheng to Lynn Wang (English) | | |
| 65 | | Summary list of corrected translations | AFD China objects to this document. These seem to be official Chinese Patent documents, all dated after termination of the Cooperation Agreement. AFD USA has represented that these documents contain errors allegedly made by AFD China. The quality of the services are not at issue in this case and therefore, these documents are not relevant. | These documents are examples of translations performed by AFD China. AFD USA will use them with witnesses to discuss the importance of translation accuracy, incluluding the possible consequences of errors, and the good will that quality control over translation quality produced in the "AFD" mark. |
| 66 | 4/3/2005 | Archive of http://www.anxinfonda.com/ | AFD China objects because it is not authenticated and there is no witness competent to testify about it. Further AFD China objects because the document is irrelevant to this matter. (Fed. R. Evid. 401) The anxinfonda.com website is not at issue - the AFD Mark is the central issue here. See AFD China's Motion in Limine #19. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 67 | 2/26/2005 | Archive of http://www.anxinfonda.com/main.htm | AFD China objects because it is not authenticated and there is no witness competent to testify about it. Further AFD China objects because the document is irrelevant to this matter. (Fed. R. Evid. 401) The anxinfonda.com website is not at issue - the AFD Mark is the central issue here. See AFD China's Motion in Limine #19. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 68 | 3/2/2005 | Archive of http://anxinfonda.com/main_pattern.htm | AFD China objects because it is not authenticated and there is no witness competent to testify about it. Further AFD China objects because the document is irrelevant to this matter. (Fed. R. Evid. 401) The anxinfonda.com website is not at issue - the AFD Mark is the central issue here. See AFD China's Motion in Limine #19. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and |
| 69 | 3/2/2005 | Archive of http://anxinfonda.com/main_trademarks.htm | AFD China objects because it is not authenticated and there is no witness competent to testify about it. Further AFD China objects because the document is irrelevant to this matter. (Fed. R. Evid. 401) The anxinfonda.com website is not at issue - the AFD Mark is the central issue here. See AFD China's Motion in Limine #19. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 70 | 3/2/2005 | Archive of http://anxinfonda.com/main_copyrights.htm | AFD China objects because it is not authenticated and there is no witness competent to testify about it. Further AFD China objects because the document is irrelevant to this matter. (Fed. R. Evid. 401) The anxinfonda.com website is not at issue - the AFD Mark is the central issue here. See AFD China's Motion in Limine #19. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |

| Ex. No. | Date | Name | Objection | Response |
|---------|------|------|-----------|----------|
| 71 | 6/26/2004 | Archive of http://www.anxinfonda.com/pro_chemical.htm | AFD China objects because it is not authenticated and there is no witness competent to testify about it. Further AFD China objects because the document is irrelevant to this matter. (Fed. R. Evid. 401) The anxinfonda.com website is not at issue - the AFD Mark is the central issue here. See AFD China's Motion in Limine #19. Finally, the purported date of this document is June 26, 2004 - prior to the Cooperation Agreement between the parties. (Fed. R. Evid. 401) | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 72 | 3/6/2005 | Archive of http://www.anxinfonda.com/about.htm | AFD China objects because it is not authenticated and there is no witness competent to testify about it. Further AFD China objects because the document is irrelevant to this matter. (Fed. R. Evid. 401) The anxinfonda.com website is not at issue - the AFD Mark is the central issue here. See AFD China's Motion in Limine #19. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 73 | 3/7/2005 | Archive of http://www.anxinfonda.com/contact.htm | AFD China objects because it is not authenticated and there is no witness competent to testify about it. Further AFD China objects because the document is irrelevant to this matter. (Fed. R. Evid. 401) The anxinfonda.com website is not at issue - the AFD Mark is the central issue here. See AFD China's Motion in Limine #19. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 74 | 2/8/2006 | Archive of http://afdip.com | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 75 | 5/1/2006 | Archive of http://www.afdip.com/index.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 76 | 5/3/2006 | Archive of http://www.afdip.com/practices.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 78 | 5/3/2006 | Archive of http://www.afdip.com/practices%20areas/practices-patents.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 79 | 5/3/2006 | Archive of http://www.afdip.com/practices%20areas/practices-trademarks.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 80 | 5/3/2006 | Archive of http://www.afdip.com/practices%20areas/practices-copyrights.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 81 | 5/3/2006 | Archive of http://www.afdip.com/professions.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 82 | 12/12/2009 | Archive of http://afdip.com/xia_zheng.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 83 | 5/3/2006 | Archive of http://www.afdip.com/news-resources.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 84 | 5/3/2006 | Archive of http://www.afdip.com/china_ip.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 85 | 5/3/2006 | Archive of http://www.afdip.com/contact.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 86 | 5/3/2006 | Archive of http://www.afdip.com/location.htm | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |
| 87 | 9/24/2005 | Archive of http://afdip-usa.com/ | AFD China objects to this document because it is not authenticated and there is no witness competent to testify about it. | This exibhit is relevant to priority of use of the "AFD" mark between AFD USA and AFD China, which is one of the central disputed issues in this case and critical to determining ownership of the mark.<br><br>AFD USA will present an admissible certifcation from the Internet Archive's custodian of records to authenticate this exhibit. It is a copy of AFD China's website retrieved and stored by a disinterested third party; AFD China has advanced no reasons to doubt its authenticity. |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 88 | | Affidavit of Internet Archive | AFD China objects because it has still not received a copy of this document. AFD China objects to this exhibit (based on what AFD USA represents it is) as hearsay. AFD China reserves its right to lodge further objections upon receipt and inspection of this document | AFD USA will provide a copy of this document as soon as it receives it from the Internet Archive. AFD USA has explained the Internet Archive's process to AFD China. |
| 89 | | Damages summary/demonstrative exhibits TBD | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. | |
| 90 | | Other summary/demonstrative exhibits TBD | AFD USA has represented that this is a demonstrative exhibit. AFD China reserves the right to object once the exhibit has been shared with AFD China. | |
| 91 | 12/8/2004 | Email from Lynn Wang to Marie Collazo | | |
| 102 | 12/8/2004 | Email from Zheng Xia | | |
| 103 | | Business Entity Filing Records | | |
| 104 | 12/15/2004 | Offer letter to Lei Wang from AFD China Intellectual Property Law Office | | |
| 105 | Various Dates | Invoices | | |
| 106 | 12/8/2005 | Email from Lynn Wang to Xia Zheng re: One more thing | | |
| 107 | 11/29/2005 | Cooperation Agreement (Chinese) | | |
| 108 | 11/29/2005 | Cooperation Agreement (English) | | |
| 109 | 12/31/2004 | Agreement (Chinese) | | |
| 110 | 2/9/2004 | Email from Lynn Wang to Xia Zheng re: 2005 total balance | | |
| 112 | 12/16/2004 | Email from Lynn Wang to Xia Zheng re: new website | | |
| 113 | 12/19/2004 | Email from Tim Garner to Lynn Wang re: Documents | | |
| 114 | 12/13/2004 | Whois.net for afdip.com | | |
| 115 | | Invoices | | |
| 116 | | Invoices | | |
| 117 | 1/25/2005 | Letter from Chris Conway to Lynn Wang | | |
| 118 | | Power of Attorney | | |
| 119 | 4/18/2005 | Letter from Charles S. Gauger, P.C. to Lynn Wang re: Incorporation | | |
| 120 | Various Dates | Various emails from Lynn Wang | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 121 | 11/7/2006 | Email from Lynn Wang to John Bostrom re: your VM | | |
| 123 | 9/18/2007 | Email from Lynn Wang to Georganna Harris FW: Slight Emergency | | |
| 124 | 4/3/2008 | Email from Lynn Wang to Walt re: Unpaid Invoice - AFD | | |
| 125 | 4/3/2008 | Email from Lynn Wang to Vikki Athen re: Unpaid Invoice | | |
| 126 | 11/30/2005 | Email from afdip to Lynn Wang re: Transferring the 1OA for 080500019 | | |
| 127 | 12/1/2005 | Email from Michael Morford to Lynn Wang re: 1st of 12/01/2005 - FW: Transferring the 1OA for 080500019 | | |
| 128 | 2/13/2006 | Email from afdip to Lynn Wang Fw: Forward the 080500030-1OA | | |
| 129 | 2/15/2006 | Email from Michael Morford to Lynn Wang 7th of 2/16/06 - FW: Forward the 080500030-1OA | | |
| 130 | 12/19/2007 | Email from afdip-usa to Lynn Wang re: Forwarding the First Office Action for Patent Application in China of PCT/US03/07959 | | |
| 131 | 12/20/2007 | Email from Georganna Harris to intl-usa@afdip.com FW: 10th of 12/19 - FW: Forwarding the First Office Action for Patent Application in China PCT/US03/07959 | | |
| 132 | | Letter from Ms. Wang at ANSEN Patent Law Office to Alexander C. Johnson | | |
| 133 | Various Dates | ANSEN Invoices | | |
| 134 | 9/26/2006 | First Application for Trademark 77008112 (AFD China Intellectual Property Law (USA) Office, INC | | |
| 135 | 9/26/2006 | Trademark Jacket for Application, Principal Register 77008124 Business and Consulting | | |
| 139 | 10/10/2007 | Email from Krystal Pease to Lynn Wang re: Change AFD name | | |
| 140 | 12/19/2007 | Email from Lynn Wang to Xia Zheng FW: modify design | | |
| 141 | 12/28/2007 | Letter from AFD China Intellectual Property Law Office to Lynn Wang (Chinese) | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 142 | 12/28/2007 | Letter from AFD China Intellectual Property Law Office to Lynn Wang (English - Apex Translations, December 27, 2011) | | |
| 146 | 12/29/2007 | AFD China Intellectual Property letter to clients | | |
| 147 | Various Dates | Emails between Lynn Wang and various persons re Termination of Relationship between Lynn Wang and AFDIP | | |
| 148 | Various Dates | Various emails | | |
| 149 | 1/1/2008 | Email from Lynn Wang to Jeff Sweetman, Justin Simpson, and Martin Burk re: Recent emails from AFD and Lynn Wang to our clients | | |
| 150 | 1/3/2008 | Email from Lynn Wang to Info-usa re:  Fax received from 0086 10 82755686 | | |
| 151 | 1/8/2008 | Email from Lynn Wang to Brian Johnson re:  From Lynn Wang | | |
| 152 | 1/9/2008 | Email from Lynn Wang to Kim Hunter re: Tempress Intellectual Property relationship | | |
| 153 | 2/11/2008 | Email from Lynn Wang and David D'Ascenzo re: Update | | |
| 154 | 2/13/2008 | Email from David D'Ascenzo to Xia Zheng re: AFD Invoices | | |
| 155 | 4/1/2008 | Email from Henry Auer (Proteus Patent Practice) to Xia Zheng re: Unpaid Invoices | | |
| 156 | 1/2/2008 | Email from George Hu to Lynn Wang and Xia Zheng re: PCT/US2004/019633 | | |
| 157 | 1/2/2008 | Email from Lynn Wang to Georganna Harris re: Woodcock | | |
| 158 | 1/3/2008 | Letter from John Branch (Darby & Darby) to AFD China | | |
| 159 | Various Dates | Various Emails | | |
| 160 | 1/1/2008 | Pacific China Intellectual Property Group Co., Ltd. Announcement that Lynn Wang has joined the firm as of 1/2/2008 | | |
| 161 | 1/1/2008 | Emails from Justin Simpson to Lynn Wang re: My 2nd Email - Waiting for approval | | |
| 162 | 4/14/2006 | Email from Lynn Wang to Justin Simpson re: Phone call | | |
| 163 | | Chart | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 164 | | Profit and Loss Statements | | |
| 165 | 1/4/2012 | Confidential Settlement Agreement | | |
| 166 | 1/31/2009 | 2008 AFD USA Tax Return | | |
| 167 | 2/17/2010 | 2009 AFD USA Tax Return | | |
| 168 | 2/9/2011 | 2010 AFD USA Tax Return | | |
| 169 | 2/20/2012 | 2011 AFD USA Tax Return | | |
| 170 | 4/1/2009 | 2008 Lei Wang Tax Return | | |
| 171 | 4/14/2010 | 2009 Lei Wang Tax Return | | |
| 172 | 4/11/2011 | 2010 Lei Wang Tax Return | | |
| 173 | 4/8/2008 | Email from Justin Simpson to Lynn Wang re: $40k return - till Friday | Relevance; prejudice; confusion; waste of time (FRE 403) | AFD China responds that it does not intend to question witnesses regarding Ms. Wang's alleged investment in Inovia/PCT Filer.  See AFD China's response to AFD USA's Motion in Limine # 11.  This document is relevant because AFD USA alleges that revenue AFD China received from Inovia/PCT Filer is as a result of alleged trademark infringement.  This email exchange between Invoia/ PCT Filer is evidence of a lack of confusion on Invoia/PCT Filer's part. |
| 174 | 1/1/2008 | AFDIP Transaction Detail by Account January through December 2008 | | |
| 175 | 12/18/2009 | PRC Trial Court Judgment (Chinese) | Relevance; prejudice; confusion; waste of time (FRE 403) | AFD China responds that evidence related to the Chinese case and judgment between these parties is relevant to this matter - specifically AFD China's claim of waiver and acquiescence.  See AFD China's response to AFD USA's Motion in Limine # 7. |
| 176 | 12/18/2009 | PRC Trial Court Judgment (English - Yunxun Li translation dated 4-7-2010) | Relevance; prejudice; confusion; waste of time (FRE 403) | AFD China responds that evidence related to the Chinese case and judgment between these parties is relevant to this matter - specifically AFD China's claim of waiver and acquiescence.  See AFD China's response to AFD USA's Motion in Limine # 7. |
| 177 | | AFD China website | | |

| Ex. No. | Date | Name | Objection | Response |
|---------|------|------|-----------|----------|
| 178 | | Email from Justin Simpson to Lynn Wang re: November and December Figures - And Investment Return | Relevance; prejudice; confusion; waste of time (FRE 403) | AFD China responds that it does not intend to question witnesses regarding Ms. Wang's alleged investment in Inovia/PCT Filer.  See AFD China's response to AFD USA's Motion in Limine # 11.  This document is relevant because AFD USA alleges that revenue AFD China received from Inovia/PCT Filer is as a result of alleged trademark infringement.  This email exchange between Invoia/ PCT Filer is evidence of a lack of confusion on Invoia/PCT Filer's part. |
| 179 | | ADF-China [sic] USA TWPL | | |
| 180 | 7/15/2008 | Email from Donna Spence to Xia Zheng re: Invoice IP20080520-W | | |
| 181 | 9/17/2008 | Email from Kimberly La to Xia Zheng re: Chinese Design Patents Nos. ZL 2006301390896 and ZL 200630139090.9 | | |
| 182 | | Copy of checks | | |
| 183 | | Expense Statement | | |
| 184 | | Email from Lynn Wang to Xia Zheng re practice area | | |
| 185 | Various Dates | Various letters and invoices | | |
| 186 | 10/1/2007 | Consent to Actions of Shareholders and Board of Directors of AFD China Intellectual Property Law (USA) Office, Inc. | | |
| 187 | | Attorney Bios from AFD China Intellectual Property Law Office Website | | |
| 188 | 12/4/2009 | Case No. 109 CV 150428; AFD China Intellectual Property Law Office v. Lynn Wang: Motion to Stay Proceedings Pending Resolution of Earlier-Filed Parallel Foreign Action with Memorandum of Points and Authorities | Relevance; prejudice; confusion; waste of time (FRE 403) | AFD China responds that this document contains a judicial admission by Ms. Wang and AFD USA in the California litigation that "AFD USA and Ms. Wang are substantially identical parties."  This admission is relevant to AFD China's Alter Ego claim. |
| 189 | 12/31/2007 | Wells Fargo Wire Transfer from Lei Wang to AFD China Intellectual Property Law Office for $100,000 | | |
| 190 | 9/4/2007 | Wells Fargo Wire Transfer from AFD China IP to AFD China Intellectual Property Law Office for $90,000 | | |
| 191 | 2008 | AFD China IP Bank Statements 796-1095598 (2008) | | |
| 192 | 2009 | AFD China IP Account Bank Statements 796-1095598 (2009) | | |
| 193 | 2010 | AFD China IP Basic Business Checking Account Bank Statements 796-1095598 (2010) | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 194 | 2011 | AFD China IP Basic Business Checking Account Bank Statements 796-1095598 (2011) | | |
| 195 | 2008 | Lei Wang Account Statement 703-8415530 | | |
| 196 | 2008 | Lei Wang Account Statement 1864119621 | | |
| 197 | 2009 | Lei Wang Account Statement 703-8415530 | | |
| 198 | 2009 | Lei Wang Account Statement 1864119621 | | |
| 199 | 2010 | Lei Wang Account Statement 703-8415530 | | |
| 200 | 2010 | Lei Wang Account Statement 1864119621 | | |
| 201 | 2011 | Lei Wang Account Statement 703-8415530 | | |
| 202 | 2011 | Lei Wang Account Statement 1864119621 | | |
| 203 | 2012 | Lei Wang Account Statement 703-8415530 | | |
| 204 | 2012 | Lei Wang Account Statement 1864119621 | | |
| 205 | 2012 | AFD China IP Basic Business Checking Account Statement (January - October 2012) | | |
| 206 | Various Dates | Various Emails | | |
| 207 | 5/28/2009 | Declaration of Zhuo Xu and attachment | | |
| 208 | 10/4/2013 | Email from Ansel Halliburton to Jennifer Murphy RE: AFD and attachment | | |
| 209 | 1/12/2005 | Agency Agreement | | |
| 210 | 7/23/2009 | Petition for Cancellation of Trademark Registration No. 3,270,951 | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 211 | 1/14/2010 | Motion to Suspend for Civil Action from Cancellation Proceedings of Trademark Registration No. 3,270,951 | Relevance; prejudice; confusion; waste of time (FRE 403) | AFD China responds that AFD USA continues to pursue an alleged Statue of Limitations defense to AFD China's trademark claims in this matter. This document (and the related cancellation proceeding, in general) is relevant to the Statute of Limitations claim. Further, this document also supports AFD China's defenses of waiver and acquiescence. AFD China filed its cancellation proceeding in July 2009 and this Court's matter was not filed until December 2009. |
| 212 | 11/17/2008 | Application for Trademark Serial No. 77615721 | | |
| 213 | 2/17/2009 | USPTO Office Action for Trademark Serial No. 77615721 | | |
| 215 | 12/30/2004 | Agreement (Chinese) | | |
| 216 | 12/30/2004 | Agreement (English - Merrill Translation dated 1-25-13) | | |
| 217 | Various | Various Invoices | | |
| 218 | | AFDIP Transaction Detail by Account January through December 2008 | | |
| 219 | 12/29/2007 | Email from Xia Zheng to david@khpatent.com FW: important Notice - please send us all your correspondences directly to Beijing | | |
| 220 | | AFD Intellectual Property LLC Marketing Expenses | | |
| 221 | | Printout from Peksung Intellectual Property Ltd website | | |
| 222 | 12/8/2004 | Email from Lynn Wang to Michael Morford re: cover page | | |
| 223 | 2/14/2012 | Settlement Agreement | Relevance; prejudice; confusion; waste of time (FRE 403) | AFD China responds that this document is relevant to damages in this matter. Under the Settlement Agreement, AFD USA and Ms. Wang agreed not to assert any claim for payment on the attached list of invoices. Ms. Morones included those invoices as part of AFD China's revenue in violation of the Settlement Agreement. |
| 224 | | Peksung Quickbooks print out | | |
| 225 | | Peksung Quickbooks print out | | |
| 226 | | Peksung Quickbooks print out | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 227 | 1/13/2014 | Case No. 109 CV 150428; AFD China Intellectual Property Law Office v. Lynn Wang: Declaration of Lynn Wang in Support of AFD USA's Opposition to AFD China's Motion for Expert Witness Costs (redacted in part) | Relevance; prejudice; confusion; waste of time (FRE 403) | AFD China responds that this document is relevant to AFD China's alter ego claim. AFD China proposes to redact most of the document with the exception of those portions wherein Ms. Wang repeatedly asserts that AFD USA does not have the funds to pay the amounts AFD China requested. The alter ego claim requires the jury to find: "that AFD USA has no assets with which to satisfy the judgment." Ms. Wang's sworn declaration supports AFD China's position and in no way is prejudical since Ms. Wang swore to those statements only two months ago. |
| 228 | | John Hansen CV | | |
| 229 | | Spreadsheet provided to Mr. Hansen regarding foreign referrals | | |
| 230 | | Resume of Jay Cheng | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17, 18 |
| 231 | 10/7/2005 | Email from Jay Cheng to Lynn Wang | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17, 18 |
| 232 | 10/27/2005 | Email from Jay Cheng to Lynn Wang | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17, 18 |
| 233 | 12/22/2005 | Email from Jay Cheng to Lynn Wang | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17, 18 |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 234 | 12/22/2005 | Email from Jay Cheng to Lynn Wang | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 235 | 12/28/2005 | Email from Ji Cheng to Lynn Wang | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 236 | 5/17/2007 | Email from Ji Cheng to Lynn Wang | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 237 | 5/18/2007 | Email from Lynn Wang to AFDIP re: experts comments | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 238 | 5/20/2007 | Email from Ji Cheng to Lynn Wang | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 239 | 5/20/2007 | Email from Lynn Wang to AFDIP re: need reviewed | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 240 | 11/18/2007 | Email fro Ji Cheng to Lynn Wang | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Cheng is allowed to testify | AFD USA intends to call Dr. Jay Cheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 241 | 6/25/2007 | Email from Lynn Wang to Jennifer Gierada re: Proofreading Request | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 242 | 6/27/2007 | Email from Lynn Wang to Jennifer Gierada re: Proofreading | | |
| 243 | 8/9/2007 | Email from Lynn Wang to Jennifer Gierada | | |
| 244 | 12/6/2007 | Email from Jennifer Gierada to Lynn Wang re Invoice | | |
| 245 | 12/25/2007 | Email from Jennifer Gierada to Lynn Wang re Corrected Invoice | | |
| 246 | | Ansen Patent Law Office | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Chunsheng is allowed to testify | AFD USA intends to call Dr. Li Chunsheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 247 | | Ansen Patent Law Office - Summary | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Chunsheng is allowed to testify | AFD USA intends to call Dr. Li Chunsheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 248 | | Intellectual Property Protection in China: Fact or Fiction? | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Chunsheng is allowed to testify | AFD USA intends to call Dr. Li Chunsheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 249 | 9/2/2004 | Email from Want to Ganz, Fordenbacher, et al re APT patent application options for China | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Chunsheng is allowed to testify | AFD USA intends to call Dr. Li Chunsheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 250 | 1/5/2005 | Email from Bower to Want re: PCT Application No. PCT/US03/22829 Our File 4359-003 | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Chunsheng is allowed to testify | AFD USA intends to call Dr. Li Chunsheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 251 | 8/4/2006 | Email from Li to Wang re: Claim 080600450 | AFD China objects to this document because the quality of the translation services is not relevant to this matter (AFD China Motion in Limine # 17 and 18). AFD China submits this as an exhibit only if Mr. Chunsheng is allowed to testify | AFD USA intends to call Dr. Li Chunsheng to discuss his work for AFD USA providing quality control of English-to-Chinese technical translations to rebut AFD China's theme that Ms. Wang and AFD USA were merely "marketing agents." See AFD USA's opposition to Motions in Limine #17-18 |
| 252 | 12/18/2007 | Email from Matt Leamy to Lynn Wang | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 254 | 4/7/2005 | Email from Glazer to Wang re: Getting Together | AFD China objects to the relevance of any testimony by Ms. Glazer. AFD China submits this as an exhibit only if Ms. Glazer is allowed to testify | AFD USA intends to present fact testimony by Ms. Glazer related to the creation of the "AFD" mark and her role advising Ms. Wang in that respect. |
| 255 | 11/10/2004 | Email from Wang to Glazer re: Request to Set Luncheon Meeting | AFD China objects to the relevance of any testimony by Ms. Glazer. AFD China submits this as an exhibit only if Ms. Glazer is allowed to testify | AFD USA intends to present fact testimony by Ms. Glazer related to the creation of the "AFD" mark and her role advising Ms. Wang in that respect. |
| 256 | 12/10/2005 | Email from Lynn Wang to Xia Zheng | | |
| 257 | 12/12/2005 | Email from Lynn Wang to Hillary Brooks | | |
| 258 | 12/29/2007 | Letter Notice from Xia Zheng to Alex Johnson | | |
| 259 | 12/29/2007 | Email from Josephine Lee to Lynn Wang FW:  Important Notice - please send us all your correspondence directly to Beijing | | |
| 260 | 1/2/2008 | Email from William Rauchholz to Xia Zheng, Lynn Wang re: Termination of Relationship Between Lynn Wang and AFDIP | | |
| 261 | 1/3/2008 | Email from Xia Zheng to Lynn Wang, William Rauchholz re: Termination of Relationship between Lynn Wang and AFDIP | | |
| 262 | 1/4/2008 | Email from Xia Zheng to Lynn Wang, William Rauchholz re: Termination of Relationship between Lynn Wang and AFDIP | | |
| 263 | 8/27/2008 | Email from Xia Zheng to Pat Beck re: IMPORTANT NOTICE - Outstanding invoices prior to December 28, 2007 | | |
| 264 | 12/8/2008 | Email from Pat Beck to finance@afdip.com; re: Urgent -- Payments have been made from Statement | | |
| 265 | 12/9/2009 | Email from William Rauchholz to Xia Zheng finance@afdip.com re: Recovery of Banner & Witcoff Payments made to Lynn Wang | | |
| 266 | | Client Affidavit for Banner & Witcoff, Ltd. | | |
| 267 | 12/28/2007 | Email from international@afdip.com to Chris Conway re: Important Notice - please send us all your correspondence directly to Beijing | | |
| 268 | 12/29/2007 | Email from international@afdip.com to Chris Conway re: Import Notice -- | | |
| 270 | | Attachment 4 to Mr. Hansen's report "Summary of AFD China Profits | | |
| 271 | | Attachment 5 to Mr. Hansen's report "Summary of Revenue Adjustments and Apportionment" | | |
| 272 | | Attachment 7 to Mr. Hansen's report "Calculation of AFD China Margin" | | |
| 273 | | Attachment 7.1 to Mr. Hansen's report "AFD China Expenses" | | |

| Ex. No. | Date | Name | Objection | Response |
|---|---|---|---|---|
| 274 | | Second Amended Complaint | | |
| 275 | 12/20/2004 | Letter from Lynn Wang to Anna McCoy with attachment | | |