—ORIGINAL—

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AFD CHINA INTELLECTUAL PROPERTY LAW
(USA)OFFICE, INC.,                              3:09-cv-01509-BR

    Plaintiff,                                  VERDICT
                                                    (Phase I)
v.

AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE,

    Defendant.

    We, the Jury, unanimously find:

1.    Did Plaintiff AFD USA prove by a preponderance of the evidence that it made the first use in commerce of the "AFD" mark?

    _____ YES    __✓__ NO

    Proceed to Question 2.

2.    Did Defendant AFD China prove by a preponderance of the evidence that it made the first use in commerce of the "AFD" mark?

    __✓__ YES    _____ NO

1 - VERDICT (Phase I)

     Because there can be only one "first use in commerce" of the "AFD" mark, you may not answer "YES" to both Questions 1 and 2.

     If you answered "No" to Question 1 and "Yes" to Question 2, your deliberations for Phase I are concluded. Do not answer any more questions. Your Presiding Juror should date and sign this Verdict.

     If you answered "Yes" to Question 1 and "No" to Question 2, proceed to Question 3.

3. Did Defendant AFD China prove by clear and convincing evidence that Plaintiff AFD USA abandoned the "AFD" mark?

    _____ YES     _____ NO

     If you answered "No" to Question 3, your deliberations for Phase I are concluded. Do not answer any more questions. Your Presiding Juror should date and sign this Verdict.

     If you answered "Yes" to Question 3, proceed to Question 4.

4. As of what date did Defendant AFD China prove that Plaintiff AFD USA abandoned the "AFD" mark?

    Answer:_____
    (Please specify month, date and year)

     Your deliberations for Phase I are concluded. Your Presiding Juror should date and sign this Verdict.

DATED this 28th day of March, 2014.

                                    _____
                                    Presiding Juror