Christopher E. Hawk, OSB #061635
Gordon & Rees LLP
121 SW Morrison Street,
Suite 1575
Portland, OR 97204
Tel: (503) 222-1075
Fax: (503) 616-3600
Email: chawk@gordonrees.com

Glenn Westreich *(Pro Hac Vice)*
Aimee Furness *(Pro Hac Vice)*
Haynes and Boone, LLP
525 University Avenue, Suite 400
Palo Alto, CA 94301
Phone: (650) 687-8800
Email: glenn.westreich@haynesboone.com
       aimee.furness@haynesboone.com

Attorneys for AFD China Intellectual Property
Law Office and AFD China Intellectual
Property LLC

Jack Russo, OSB #991992
Ansel Halliburton *(Pro Hac Vice)*
Entrepreneur Law Group LLP
401 Florence Street
Palo Alto, CA 94301

Attorneys for Plaintiff AFD China Intellectual
Property Law (USA) Office, Inc. and Third
Party Counterclaim Defendant Lynn Wang

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| AFD CHINA INTELLECTUAL PROPERTY LAW (USA) OFFICE, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>AFD CHINA INTELLECTUAL PROPERTY LAW OFFICE, a Chinese Corporation,<br><br>Defendant.<br><br>AFD CHINA INTELLECTUAL PROPERTY LLC, a Maryland limited liability company,<br><br>Counterclaim Plaintiff<br><br>-vs-<br><br>LEI WANG, a/k/a LYNN WANG,<br><br>Third Party Counterclaim Defendant. | Case No.: 3:09-CV-1509-BR<br><br>[~~PROPOSED~~] ORDER OF CANCELLATION |

[~~PROPOSED~~] ORDER OF CANCELLATION
D-2279660.1

By prior Order on AFD China Intellectual Property Law Office's ("AFD China") Motion for Declaratory Judgment and Injunctive Relief entered on June 12, 2014 granting in part and denying in part AFD China's Motion (Docket No. 360), the Court found as a matter of law that AFD China is the owner of the "AFD" mark and that AFD China Intellectual Property Law (USA) Office, Inc. ("AFD USA") was not entitled to seek registration of the "AFD" mark. Therefore, the Court concluded that AFD USA's U.S. Trademark Registration No. 3,270,951 for the AFD trademark should be cancelled because (1) AFD China has met its burden to show that it made the first use of the "AFD" mark in commerce, and (2) AFD China's first use of the "AFD" mark in commerce occurred before AFD USA applied for registration of the "AFD" mark on September 26, 2006, and before the registration was completed on July 31, 2007.

Accordingly, pursuant to 15 U.S.C. § 1119, the Court hereby ORDERS the Director of the Patent and Trademark Office to cancel U.S. Trademark Registration No. 3,270,951. The Clerk of the Court is directed to send a certified copy of this order of cancellation to the Director of the U.S. Patent & Trademark Office, addressed to the Office of the Solicitor, Mail Stop 8, Director of the United States Patent and Trademark Office, P.O. Box 1450, Alexandria, Virginia 22313-1450.

IT IS SO ORDERED

Dated July 9, 2014.

_____
Honorable Anna J. Brown
United States District Judge